**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No. 92-CR-80236-DT

FELIX WALLS,

    Defendant.
    _____/

**ORDER DENYING DEFENDANT FELIX WALLS'S
"PETITION FOR WRIT OF ERROR PURSUANT TO 18 § [SIC] U.S.C. 4001"**

    Pending before the court is Defendant Felix Walls's "Petition for Writ of Error Pursuant to 18 § U.S.C. 4001," filed on February 23, 2006. In his petition, Defendant asks the court to either order the Government to produce a "certified documented Statute duly enacted by Congress" or "if no such proof exi[s]t[s] then quash the indictment and strike the conviction . . . for lack of Jurisdiction." (2/23/06 Motion at 1.) The court has already denied multiple requests made by Defendant for such relief, (*see* 1/26/06 & 2/23/06 Orders), and Defendant has presented no basis to re-examine this issue. Instead, Defendant has merely presented the same frivolous arguments which the court has previously rejected. The court will therefore deny the motion. *See* E.D. Mich. LR 7.1(g)(3); *Czajkowski v. Tindall & Assocs., P.C.,* 967 F.Supp. 951, 952 (E.D. Mich. 1997) (holding that a motion for reconsideration which presents the same issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted.).

For the reasons stated above, IT IS ORDERED that Defendant's "Petition for Writ of Error Pursuant to 18 § U.S.C. 4001" [Dkt. # 575] is DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 6, 2006, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522