# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 92-CR-80236-DT

FELIX WALLS,

    Defendant.

                                                        /

## ORDER ESTABLISHING SCHEDULE FOR RE-SENTENCING UPON REMAND

This matter is before the court on remand from the United States Court of Appeals for the Sixth Circuit for re-sentencing in light of the Supreme Court's decision in *United States v. Booker*, 125 S.Ct. 738 (2005).  IT IS HEREBY ORDERED as follows:

**1. BRIEFING.**  Any presentence brief to be presented by defendant must be filed not later than **April 7, 2006.** Any government response brief must be filed by **April 21, 2006**.  Any exhibits or other unfiled material either party seeks to have the court consider must be submitted to the court by lodging the same with the judge's chambers, and providing a copy to the other party, by **April 14, 2006.**  NO NEW MATERIAL SUBMITTED ON THE DAY OF SENTENCING WILL BE CONSIDERED, absent extraordinary circumstances.

**2. ALLOCUTION.**  If Defendant intends to present an allocution statement, such statement shall be limited to matters relevant to the court's determination of a reasonable sentence, and not exceed **FIFTEEN  MINUTES.**  A written allocution statement limited to fifteen pages, authored and signed by Defendant, may be submitted in lieu of oral allocution, but must be filed by the date established for pre-sentence briefing (April 7, 2006).

**4. DEFENSE COUNSEL'S ALLOCUTION.** Defense counsel's allocution statement is limited to **FIFTEEN MINUTES.**

**5. GOVERNMENT COUNSEL'S ALLOCUTION.** The government's allocution statement is limited to **FIFTEEN MINUTES.**

**6. SCHEDULE.** Re-sentencing shall take place in **Courtroom 712, United States Courthouse, 231 West Lafayette, Detroit, Michigan, on May 2, 2006 at 2:00 p.m.**

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 13, 2006, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522