UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 92-CR-80236

FELIX WALLS,

    Defendant.
                                                   /

**ORDER DENYING MOTION TO DIRECT COURT TO ORDER COURT REPORTER TO RELEASE AUDIO TAPES OF TRIAL**

Pending before the court is Defendant Felix Walls' motion to direct the court to release audio tapes of his trial. (Dkt. # 696.) He alleges that the transcript prepared by the court reporter is "fraudulent" because he claims that portions of the transcript are inaccurate, deleted, or redacted. (*Id.* at Pg. ID 7182.) Mr. Walls has raised this exact issue or some variation on the theme numerous times. Each time, the court has denied these motions as meritless and "at best, a reflection of his inaccurate memory or, at worst, as attempt to salt the record with spurious allegations." (Dkt. # 594, Pg. ID 4873; *see also* Dkt. # 489.)

Among many other motions, Defendant currently has two motions pending (Dkt. ## 684, 690) that address the exact same concerns. Those motions are scheduled to be considered at an omnibus hearing on March 10, 2016. (Dkt. # 695.) As such, the court will deny this successive motion as duplicative.

For the reasons stated above, IT IS ORDERED that Defendant's Motion to Direct the Court to Order the Release of Sound Tapes (Dkt. 696) is DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2016, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522