# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 92-80236

FELIX WALLS,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND TERMINATING AS MOOT DEFENDANT'S MOTION TO RELEASE

Before the court are two motions aimed at releasing Attorney David Steingold from further responsibilities on this case. First, Attorney Steingold filed a Motion to Withdraw, indicating that he has completed the responsibilities which he was hired to perform and that, additionally, there has been a breakdown in the attorney client relationship. This motion was followed by a subsequent pro se motion, filed directly by Defendant Felix Walls, which seems to support both assertions by Attorney Steingold. Given their apparent agreement, and given also the procedural posture of this case---which has been closed for some time---the court will grant their requests. Accordingly,

IT IS ORDERED that Attorney Steingold's Motion to Withdraw (Dkt. # 715) is GRANTED. IT IS FURTHER ORDERED that Defendant's subsequent Motion to Release (Dkt. # 718) is TERMINATED AS MOOT.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 3, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 3, 2019, by electronic and/or ordinary mail.

 S/Lisa Wagner  
Case Manager and Deputy Clerk  
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C3 ORDERS\92-80236.WALLS.Steingold.docx