UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,
v.                                        Case No. 92-cr-80236

FELIX WALLS,                 HON. ROBERT H. CLELAND
                                             U.S. District Judge

        Defendant.
_____/

## **GOVERNMENT'S MOTION FOR EXTENSION OF BRIEFING TIME**

The Defendant has filed a motion to reduce supervised release (ECF No. 738). The Government requests that the Court extend the briefing time by ten days, such that the Government may file its Response on or before October 26, 2020, for the reasons that follow.

The undersigned Government attorney is not fully familiar with this case and requires additional time to review the Appellate and District Court records in this matter. Undersigned government counsel also has had to handle personal matters both inside and outside of this District.

This request is made in good faith and not for any untoward purpose.

Wherefore, the Government asks the Court to issue an Order extending time

1

concerning ECF No. 738 by ten days, allowing the Government to file its Response on October 26, 2020.

Respectfully submitted,

*s/ David J. Portelli*
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9711
P40668

Dated: October 16, 2020

CERTIFICATE OF SERVICE

I hereby certify that on Friday, October 16, 2020, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Felix Walls
c/o Phyliss Bell
14759 Rutland
Detroit, MI 48227

s/*David J. Portelli*
Assistant U.S. Attorney